UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. ZEIGLER<br>14310 Blackmon Drive<br>Rockville, Maryland 20853<br><br>       Plaintiff,<br>v.<br><br>JOHN E. POTTER,<br>Postmaster General<br>U.S. Postal Service<br>475 L'Enfant Plaza<br>Washington, D.C. 20260<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No: 06-1385 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PRAECIPE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Andrea McBarnette, as counsel of record for the above named Defendant.

Respectfully submitted,

     /S/
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Praecipe was filed via the Court's electronic filing system on this August 24, 2006 and is expected to be served by the Court's electronic transmission facilities on:

Patricia Koh, Esq.
Law Offices of Koh & Koh
3 Leonard Court
Rockville, MD 20850
(301) 424-8757 Phone
(301) 762-9324 Fax


    /S/
ANDREA McBARNETTE, D.C. Bar  #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7153