# UNITED STATES DISTRICT COURT
## District of Columbia

JAMES E. ZEIGLER

*Certified Mail Receipt
7006 0810 0001 5168 8531*

### SUMMONS IN A CIVIL CASE

V.

JOHN E. POTTER
POSTMASTER GENERAL
US. POSTAL SERVICE

CASE NUMBER   1:06CV01385

JUDGE: Rosemary M. Collyer

DECK TYPE: Employment Discrimination

DATE STAMP: 08/04/2006

TO: (Name and address of Defendant)

John E. Potter
Postmaster General, US Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patricia Koh, Esq.
Law Offices of Koh & Koh
3 Leonard Court
Rockville, MD 20850

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

AUG - 4 2006

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE AUGUST 14, 2006 |
| NAME OF SERVER (PRINT) DEBRA KOH | TITLE ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED COPY OF SIGNED RETURN RECEIPT IS ATTACHED

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Sept. 1, 2006
          Date

Signature of Server: *[signed] Debra Koh*

Address of Server: 3 Leonard Court, Rockville, MD 20850

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John E. Potter
Postmaster General
USPS
475 L'Enfant Plaza, SW
Washington, DC 20260

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  L. Suls                   ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
L. Suls                          8/14/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7006 0810 0001 5168 8531

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540