UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES E. ZEIGLER | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 06-1385 (RMC) |
| | ) | |
| JOHN E. POTTER, | ) | |
| POSTMASTER GENERAL, | ) | |
| U.S. POSTAL SERVICE | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant requests an enlargement of time of up to and including November 3, 2006, within which to file a response to the Complaint. At present, Defendant's response is due on October 13, 2006. The undersigned left a message with Plaintiff's counsel requesting consent for an extension of time. No scheduling order has been entered in this case. As grounds and good cause for the motion, the Defendant submits the following:

Defendant seeks an enlargement of time so that agency counsel and the undersigned can review and discuss this case, possible legal theories and other methods of resolving it. This extension is sought in good faith and will not unfairly prejudice any party. Allowing the Defendant some additional time to formulate a response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that the time for answering or otherwise responding to the complaint be extended to and including November 3, 2006.

Respectfully submitted,

    /S/
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing Motion to Extend and accompanying order was filed via the Court's electronic filing system on this October 10, 2006 and is expected to be served by the Court's electronic transmission facilities on:


Patricia Koh, Esq.
Law Offices of Koh & Koh
3 Leonard Court
Rockville, MD 20850
(301) 424-8757 Phone
(301) 762-9324 Fax


          /S/
ANDREA McBARNETTE, D.C. Bar #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7153