UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. ZEIGLER                         ) | |
|                                          ) | |
|         Plaintiff,                      ) | |
| v.                                        ) | Case No: 06-1385 (RMC) |
|                                          ) | |
| JOHN E. POTTER,                          ) | |
| POSTMASTER GENERAL,                      ) | |
| U.S. POSTAL SERVICE                      ) | |
|                                          ) | |
|         Defendant.                      ) | |

## **ORDER**

Upon consideration of Defendant's Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendant's time to respond to the complaint is extended to and including November 3, 2006.

                                                                                 _____
                                                                                 UNITED STATES DISTRICT JUDGE

Dated: _____, 2006