UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

JAMES E. ZEIGLER                 )
                                     )
         Plaintiff,        )
       v.                 )      Case No: 06-1385 (RMC)
                                     )
JOHN E. POTTER,         )
POSTMASTER GENERAL,     )
U.S. POSTAL SERVICE      )
                                     )
        Defendant.      )
_____)

## CONSENT MOTION FOR ENLARGEMENT OF TIME TO REPLY

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant requests an enlargement of time of up to and including December 15, 2006, within which to file a reply to Plaintiff's opposition to Defendant's motion to dismiss. At present, Defendant's reply in support of its motion to dismiss is due on December 1, 2006. Plaintiff's counsel has graciously consented to the relief requested. No scheduling order has been entered in this case. As grounds and good cause for the motion, the Defendant submits the following:

Plaintiff's opposition was filed in the week of the Thanksgiving holiday. Due to the vacation schedules of both agency counsel and the undersigned as well as their work load in other cases, Defendant seeks an enlargement of time to reply to the opposition to Defendant's motion to dismiss. This extension is sought in good faith and will not unfairly prejudice any party.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that the time

to file a reply be extended to and including December 15, 2006.


Respectfully submitted,


_____/S/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for Enlargement of Time to Reply was filed via

the Court's electronic filing system on this November 28, 2006 and is expected to be served by

the Court's electronic transmission facilities on:


Patricia Koh, Esq.
Law Offices of Koh & Koh
3 Leonard Court
Rockville, MD 20850
(301) 424-8757 Phone
(301) 762-9324 Fax


      /S/
ANDREA McBARNETTE, D.C. Bar  #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7153