UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. ZEIGLER,  )<br>  )<br>     Plaintiff,  )<br>  v.  )<br>  )<br>JOHN E. POTTER,  )<br>POSTMASTER GENERAL,  )<br>U.S. POSTAL SERVICE  )<br>  )<br>     Defendant.  )<br>_____) | Case No: 06-1385 (RMC) |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO REPLY

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant requests an enlargement of time of up to and including December 18, 2006, within which to file a reply in the above captioned case. At present, Defendant's reply is due on December 15, 2006. The undersigned left a message with Plaintiff's counsel regarding this request for an extension of time. No scheduling order has been entered in this case. As grounds and good cause for the motion, the Defendant submits the following:

The computer system at the office of the undersigned shut down for a large part of the day and for most of yesterday. Defendant seeks an enlargement of time due to the undersigned's inability to utilize her computer. The undersign expects to be able to file the reply by Monday the 18th. This extension is sought in good faith and will not unfairly prejudice any party.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that the time for answering or otherwise responding to the complaint be extended to and including December 18, 2006.

Respectfully submitted,

    /S/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Extend and accompanying order was filed via the Court's electronic filing system on this December 15, 2006 and is expected to be served by the Court's electronic transmission facilities on:

Patricia Koh, Esq.
Law Offices of Koh & Koh
3 Leonard Court
Rockville, MD 20850
(301) 424-8757 Phone
(301) 762-9324 Fax

        /S/
ANDREA McBARNETTE, D.C. Bar #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7153