IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. ZEIGLER, | : |
| PLAINTIFF | : |
| | Case No.: 06-1385 (RMC) |
| | : |
| JOHN E. POTTER,<br>Postmaster General<br>US Postal Service | : |
| DEFENDANT | : |
| | : |

MOTION FOR ADMISSION PRO HAC VICE

I, Patricia Koh, Esq., attorney for the Plaintiff, JAMES ZEIGLER, moves this Honorable Court pursuant to LCvR 83.2(c), (d) for the admission of Debra Koh, Esq., to appear *pro hac vice* in this case as counsel for James Zeigler.  We certify that:

1. Patricia Koh is a member in good standing of the bar of this Court.

2. The office address, telephone number, and e-mail address of Debra Koh, Esq., the proposed admittee, are:     Law Offices of Koh & Koh
3 Leonard Court, Rockville, Maryland 20850
Phone: (301) 424-8757
e-mail: dkohesq@verizon.net

3. Debra Koh, Esq. has been admitted to the bars of the State of  Maryland and the U.S. District Court of Maryland, and is in good standing.

4. Debra Koh, Esq. has never been disciplined by any bar, nor has she ever been denied admission to practice law in any jurisdiction.

5. Debra Koh, Esq. has not been previously admitted *pro hac vice* in this Court within the last two years.

6. Debra Koh, Esq. does not engage in the practice of law from an office located in the District of Columbia, and does not have an application for membership in the District of Columbia bar pending.

Respectfully submitted,

| Movant | Proposed Admittee |
|---|---|
| ___/s/_____ | _____/s/_____ |
| Patricia Koh, Esq.  MD 12093 | Debra Koh, Esq. |
| Law Offices of Koh & Koh | Law Offices of Koh & Koh |
| 3 Leonard Court | 3 Leonard Court |
| Rockville, MD 20850 | Rockville, MD 20850 |
| Phone (301) 424-8757 | Phone (301) 424-8757 |
| Fax (301) 762-9324 | Fax (301) 762-9324 |

CERTIFICATE OF SERVICE

This is to certify that on this 8th day of January 2007, the foregoing Motion for Admission Pro Hac Vice was filed via electronically with the Court, and is expected to be electronically served by the Court on:

Andrea McBarnette, Esq.
Assistant US Attorney
555 Fourth Street, NW
Washington, DC 20530

_____/s/_____
Patricia Koh, Esq.  MD 12093
Law Offices of Koh & Koh
3 Leonard Court
Rockville, MD 20850
(301) 424-8757