IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


JAMES E. ZEIGLER,                          :


              PLAINTIFF          :

                                              Case No.: 06-1385 (RMC)
                                          :

JOHN E. POTTER,
Postmaster General
US Postal Service                          :

              DEFENDANT

                                          :

                              ORDER

      UPON CONSIDERATION of the Motion for Pro Hac Vice filed by the Plaintiff's

attorney, Patricia Koh, it is hereby

      ORDERED, that the motion is GRANTED, and it if further

      ORDERED, that Debra Koh, Esq. is granted permission to file papers in this case

if also signed by the attorney of record who is a member of the Bar of this Court; and it is

further

      ORDERED, that Debra Koh, Esq. may be heard in open Court in this case.



                              _____
                              Judge Collyer