UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES E. ZEIGLER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1385 (RMC) |
| ) | |
| **JOHN E. POTTER,** ) | |
| **POSTMASTER GENERAL,** ) | |
| **U.S. POSTAL SERVICE,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter comes before the Court on Defendant's Motion to Dismiss or, in the alternative for Summary Judgment. For the reasons stated in the Court's Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's Motion to Dismiss or, in the alternative for Summary Judgment [Dkt. #7] is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that Count 1 and Count 2 of Plaintiff's Complaint are **DISMISSED**; and it is

**FURTHER ORDERED** that Defendant's Motion is **DENIED** with respect to Count 3 of the Complaint.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: September 6, 2007