UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES E. ZEIGLER | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 06-1385 (RMC) |
| | ) | |
| JOHN E. POTTER, | ) | |
| POSTMASTER GENERAL, | ) | |
| U.S. POSTAL SERVICE | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Postal Service requests an enlargement of time, up to and including October 19, 2007, within which to respond to Plaintiff's Complaint. At present, Defendant's Answer is due on September 25, 2007. Plaintiff's counsel has consented to the relief sought. The Defendant seeks an extension because former agency counsel is no longer with the agency and a new agency counsel has just been assigned to the case. The new agency counsel requires time to become familiar with the case and become prepared to consult with the undersigned. The time requested is necessary to allow the Defendant to sufficiently review the allegations contained in the complaint and to prepare an answer.

For the foregoing reasons, Defendant respectfully requests that this consent motion for an enlargement of time be granted. Pursuant to the Court's Local Rule 7(c), a proposed order consistent with this motion is attached herewith.

September 12, 2007                               Respectfully submitted,


\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
ANDREA MCBARNETTE, D.C. BAR #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
 (202) 514 7153