UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. ZEIGLER )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JOHN E. POTTER, )<br>POSTMASTER GENERAL, )<br>U.S. POSTAL SERVICE )<br>)<br>Defendant. )<br>) | Case No: 06-1385 (RMC) |

## **ORDER**

Upon consideration of Defendant's motion for enlargement of time, it is hereby

**ORDERED** that the consent motion is **GRANTED**. Defendant shall respond to Plaintiff's Complaint on or before October 19, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.