UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. ZEIGLER )<br> )<br>   Plaintiff, )<br>         v. )<br> )<br>JOHN E. POTTER, )<br>POSTMASTER GENERAL, )<br>U.S. POSTAL SERVICE, )<br> )<br>   Defendant. )<br> ) | Case No: 06-1385 (RMC) |

NOTICE OF FILING OF EXHIBITS

On October 19, 2007, Defendant filed an opposition to Plaintiff's motion for reconsideration. Attached are the exhibits which support that opposition.

Dated: October 22, 2007            Respectfully submitted,


                                                /s/
                                                ANDREA McBARNETTE, D.C. Bar # 483789
                                                Assistant United States Attorney Center Building
                                                555 Fourth Street, N.W.
                                                Washington, D.C. 20530
                                                (202) 514-7153