Diane F. Jayson, Ph.D.
Licensed Psychologist
14520 Woodcrest Drive
Rockville, MD 20853
(301) 460-1675

September 27, 2001

Ms. Christine R. Dailey
Reasonable Accommodation Committee
Health Unit
United States Postal Service
900 Brentwood Rd., NE
Washington, DC 20006

Dear Ms. Dailey,

    This letter is in response to your request for additional medical information on Mr. James E. Zeigler, concerning his request for reasonable accommodations. I have completed the Medical Restrictions Assessment Form, as I am his treating clinician. It should be noted that I am not a physician. However, I know of no physical restrictions for Mr. Zeigler.

    Mr. Zeigler is diagnosed with Posttraumatic Stress Disorder. He also has suffered from a secondary diagnosis of Major Depression. However, he has made much progress in therapy and his depression has lifted to the point that there are virtually no current symptoms. Although some symptoms of Posttraumatic Stress Disorder still persist, they should not currently interfere with his job performance as long as he is assigned to a work location where the past stressors did not occur and as long as there is no exposure to the persons causing the stressors.

    Mr. Zeigler's current impairment has no significant impact on his major life activities, such as caring for himself, performing manual tasks, walking, seeing, hearing, speaking, breathing, learning or working.

Sincerely,

Diane F. Jayson, Ph.D.
Licensed Psychologist

**Exhibit 1**

DATE:     June 23, 2000

SUBJECT:  Notice of Proposed Removal

TO:       James Zeigler
          Supervisor, Customer Service
          14310 Blackmon Drive
          Rockville, MD 20853-2142

You are hereby notified that it is proposed to remove you from the Postal Service no later than 30 calendar days from date of receipt of this notice. This action is based on the following reason:

**Failure to meet the attendance requirements of your position in the area of attendance due to being Absent Without Leave/ Permission (AWOL).**

On May 9, 2000, you were scheduled to report for duty at 8:00 a.m. However, you failed to report for work and to notify your office that you would not be in.

A letter (Documentation of Extended Absence) dated May 24, 2000, was sent to your address of record, instructing you to submit the following within one (1) calendar days from receipt of the letter:

1. PS Form 3971 ( Request for Notification of Absence) and
2. Medical Certificate covering your absence from beginning through the present.

You failed to respond to this letter, and you failed to report for duty thereafter. Therefore, you have been charged Absent Without Leave/Permission (AWOL) from May 09, 2000 to present.

The Employee and Labor Relations Manual, Section 511.43, states: Employees are expected to maintain their assigned schedule and must make every effort to avoid unscheduled absences. In addition, employees must provide acceptable evidence for absences when required. Section 666.81 states, "Employees are required to be regular in attendance".

**Exhibit 2**

Zeigler
Proposed Removal

2

Your lack of dependability in reporting for duty as scheduled indicates that you are unable to meet the above expectation and requirement.

In addition, the following element of your past record has been considered in arriving at this decision:

You were issued a Letter of Warning dated November 03, 1999, for Failure to follow instructions/failure to perform your duties as a supervisor and AWOL.

You and /or your representative may review the material relied on to support the reasons from Rochell Talley, Labor Relations Specialist, during the hours of 9:00 a.m. to 4:00 p.m. If you do not understand the reasons for the notice, contact the undersigned for further explanation.

You and/or your representative may answer this proposed removal within Ten (10) calendar days from the date of your receipt of this letter, either in person or in writing to John Cordell, Area Manager, 900 Brentwood Road NE, Washington, DC 20066. You will be afforded a reasonable amount of official time for the above purpose if you are otherwise in a duty status. After the expiration of the 10-day time limit for reply, all the facts in the case, including any reply you submit will be given full consideration before a decision is rendered. You will receive a written decision from Mr. Cordell.

_____
Signature of Supervisor

_____
Name of Supervisor (printed)

**Exhibit 2**