## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James E. Zeigler | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| John E. Potter | ) Civil Action No. 06-1385 |
| Postmaster General | ) ECF |
| U.S. Postal Service | ) |
| | ) |
| Defendant | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Raymond A. Martinez and remove the appearance of Assistant United States Attorney Andrea McBarnette as counsel of record for Defendant in the above-captioned case.

Dated: January 29, 2008            Respectfully submitted,

                                                /s/ Raymond A. Martinez
                                        Raymond A. Martinez
                                        Special Assistant United States Attorney
                                        555 Fourth St., N.W.
                                        Washington, D.C.  20530
                                        Phone: (202) 514-9150
                                        Fax: (202) 514-8780
                                        Raymond.Martinez2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of January I caused the foregoing Notice of Substitution of Counsel to be served on Plaintiff's counsel , via first class, postage pre-paid mail, addressed as follows:

Patricia Koh, Esq.
Law Offices of Koh and Koh
3 Leonard Court
Rockville, MD 20850
301-424-8757 phone
301-762-9324 FAX

.

                                                   /s/   Raymond A. Martinez
                                                     Raymond A. Martinez