UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES E. ZEIGLER | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 06-1385 (RMC) |
| | ) | |
| JOHN E. POTTER, | ) | |
| POSTMASTER GENERAL, | ) | |
| U.S. POSTAL SERVICE | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF
DISCOVERY PERIOD**

Plaintiff JAMES ZEIGLER, by and through undersigned counsel, hereby requests an enlargement of the time for discovery, as follows:

1. Plaintiff's designation of experts and reports completed within sixty (60) days of this Court's ruling on the Plaintiff's pending Motion for Reconsideration;

2. Defendant's designation of experts and reports completed within ninety (90) days from this Court's ruling on the Plaintiff's pending Motion for Reconsideration;

3. All discovery completed within one hundred twenty (120) days of this Court's ruling on the Plaintiff's Motion for Reconsideration.

4. The post-discovery status conference currently scheduled for July 18, 2008, to be rescheduled by the parties when the above discovery dates are determined.

This Court noted at the scheduling conference held in open court on December 20, 2007 that an extension of the discovery period could be requested if necessitated by any delay in a ruling on the pending Motion for Reconsideration.  Defendant's counsel, Raymond Martinez,

Special Assistant US Attorney, has authorized the undersigned to state that Defendant does not object to this request for an extension.

    For the foregoing reasons, Plaintiff respectfully requests this Court to extend the discovery period.  A proposed Order is attached for the Court's convenience.

Dated: April 28, 2008        Respectfully submitted,

                                           /s/
                                 Patricia Koh, Esq. D.C. Bar  # 12093
                                 Debra Koh, Esq. , attorney Pro Hac Vice  MD#12261
                                 Law Offices of Koh & Koh
                                 3 Leonard Court
                                 Rockville, MD 20850
                                 (301) 424-8757
                                 Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. ZEIGLER )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JOHN E. POTTER, )<br>POSTMASTER GENERAL, )<br>U.S. POSTAL SERVICE )<br>)<br>Defendant. )<br>) | Case No: 06-1385 (RMC) |

## ORDER

Plaintiff's Unopposed Motion for Enlargement of Discovery Period is hereby, GRANTED. Accordingly, the discovery period is extended as follows:

1. Plaintiff's designation of experts and reports completed within sixty (60) days of this Court's ruling on the Plaintiff's pending Motion for Reconsideration;

2. Defendant's designation of experts and reports completed within ninety (90) days from this Court's ruling on the Plaintiff's pending Motion for Reconsideration;

3. All discovery completed within one hundred twenty (120) days of this Court's ruling on the Plaintiff's Motion for Reconsideration.

4. The post-discovery status conference currently scheduled for July 18, 2008, shall be rescheduled by the parties when the above discovery dates are determined.

IT IS SO ORDERED.

                                                              Judge Rosemary M. Collyer
                                                              U.S. District Court Judge