UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JAMES E. ZEIGLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-1385 (RMC) |
| ) | |
| **JOHN E. POTTER,** ) | |
| **Postmaster General,** ) | |
| **U.S. Postal Service,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Clarification and/or Reconsideration of the Court's Memorandum Opinion and Order, filed simultaneously on September 6, 2007 [Dkt. ## 14, 15]. Upon consideration of Plaintiff's Motion for Clarification and/or Reconsideration, Defendant's opposition [Dkt. #19] thereto, and other pleadings in this case, and for the reasons stated in the Memorandum Opinion filed simultaneously herewith, it is hereby

**ORDERED** that Plaintiff's Motion for Clarification and/or Reconsideration [Dkt. #17] is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that Plaintiff's Motion for Clarification is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Motion for Reconsideration is **DENIED**.

**SO ORDERED.**

DATE: May 23, 2008                                                   /s/
                                                                     ROSEMARY M. COLLYER
                                                                     United States District Judge