**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JAMES E. ZEIGLER, | : | |
| PLAINTIFF | : | |
| | | CASE NO. 06-1385 (RMC) |
| v. | : | |
| JOHN E. POTTER, | : | |
| Postmaster General | | |
| U.S. Postal Service | : | |
| DEFENDANT | : | |

<u>PLAINTIFF'S DESIGNATION OF EXPERT WITNESS</u>

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, James Zeigler, through counsel, designates the following experts whose testimony will concern information gathered or opinions obtained through their personal medical observations and treatment of Mr. Zeigler:

(1) Dr. Varghese, Contemporary Psychiatric Services, 5920 Hubbard Drive Rockville, MD 20852, (301) 984-9791. Dr. Varghese is a licensed psychiatrist. She may be required to testify as Plaintiff's treating psychiatrist regarding her diagnosis, prognosis, and treatment from approximately November 7, 2000 - September 2001, that are described in Dr. Varghese's letters contained in the Defendant's medical file for Mr. Zeigler, and the ROI.

(2) Dr. Patel, Psychiatrist, 1161 New Hampshire Avenue, Suite 420, Silver Spring, MD 20904, (301) 754-3600 . Dr. Patel is a licensed psychiatrist. She may be required to testify as Plaintiff's treating psychiatrist regarding her diagnosis, prognosis, and treatment from approximately March 4, 2000-December 2000 that are described in Dr. Patel's letters contained in the Defendant's medical file for Mr. Zeigler, and the ROI.

(3)   Dr. Sukachevin, 12520 Prosperity Drive, Suite 150, Silver Spring, MD 20904, (301) 622-6020. Dr. Sukachevin is a medical physician. He may be required to testify as Plaintiff's primary care treating physician regarding his diagnosis, prognosis, and treatment from approximately November 15, 1999 – May 2001 that are described in Dr. Sukachevin's letters contained in the Defendant's medical file for Mr. Zeigler, and the ROI.

(4)   Dr. Diane Jayson, Ph.D., 14520 Woodcrest Drive, Rockville, MD 20853, (301) 460-1675. Dr. Jayson is a licensed psychologist. She may be required to testify as Plaintiff's treating psychotherapist regarding his diagnosis, prognosis, and treatment conducted between approximately September 11, 2000 up to the present. Her diagnosis and treatment are described in letters contained in the Defendant's medical file for Mr. Zeigler, and the ROI.

(5)   Dr. Hsiao, 6001 Executive Boulevard, Bethesda, MD 20892. Dr. Hsiao is a licensed psychiatrist. He may be required to testify about his psychiatric evaluation of Mr. Zeigler on May 14, 2004 for the OWCP.

All individuals listed above were previously identified in Plaintiff's Initial Disclosures. Pursuant to Rule 26(a)(2)(B), no written reports are required as none of these individuals are or will be retained or specially employed to provide expert testimony, and their testimony will be based on his or her own medical opinions from personal observations and/or medical treatment of Mr. Zeigler.

Respectfully Submitted,

_____/s/_____
Patricia Koh, D.C.Bar No. Md  12093
Law Offices of Koh & Koh
3 Leonard Court
Rockville, MD 20850
(301) 424-8757
Attorney for Plaintiff

_____/s/_____
Debra Koh
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June 2008, the foregoing PLAINTIFF'S DESIGNATION OF EXPERT WITNESS was served via e-mail to: Raymond A. Martinez, Special Assistant US Attorney at: Raymond.Martinez2@usdoj.gov

_____/s/_____
Patricia Koh

_____/s/_____
Debra Koh