UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. ZEIGLER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-01385 (RMC) |
| ) | |
| JOHN E. POTTER, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME FOR DISCOVERY**

The parties, by and through their respective undersigned counsel, hereby request an enlargement of time for discovery as follows:

1. Defendant's designation of experts and reports completed by August 20, 2008.

2. All discovery completed no later than October 2, 2008.[1]

The parties have good cause for this request for an enlargement of time to complete discovery. First, Defendant's counsel has recently been assigned this case and needs the additional time to confer and consult with agency counsel in order to become familiar with the facts, legal issues, and discovery involved in this matter. Second, Plaintiff's counsel needs more time in order to conduct further depositions of Agency personnel, at least one of whom was retired but has now been located by Plaintiff, and others who may be identified upon receipt of Agency discovery responses; and also due to upcoming travel and other scheduling matters. There are no other deadlines or dates set in this matter.

---

[1] The current deadlines for discovery are that Defendant shall submit its designation of experts and reports no later than July 30, 2008 and all discovery shall be completed no later than September 2, 2008. See Minute Order, April 30, 2008. The current date for a post-discovery Status Conference is September 5, 2008. See Notice of Hearing, May 12, 2008.

For the foregoing reasons, the parties respectfully request this Court to enlarge the discovery period. A proposed Order is attached for the Court's convenience.

July 29, 2008                    Respectfully submitted,

        /s/ Debra Koh

Debra Koh, Esq., attorney Pro Hac Vice MD #12261
Law Office of Koh & Koh
3 Leonard Court
Rockville, MD 20850
301-424-8757

Attorney for Plaintiff

Respectfully submitted,

        /s/ Jeffrey Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

        /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

        /s/ Cindy Owens
CINDY S. OWENS, D.C. BAR # 491465
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-616-2257/ FAX 202-514-8780

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. ZEIGLER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-01385 (RMC) |
| ) | |
| JOHN E. POTTER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The parties' Joint Motion for an Enlargement of Time for Discovery is hereby GRANTED. Accordingly, the discovery period is extended as follows:

1. Defendant's designation of experts and reports completed by August 20, 2008.

2. All discovery completed no later than October 2, 2008.

IT IS SO ORDERED.

_____

Judge Rosemary M. Collyer
U.S. District Court Judge